**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-2122**

---

EVELYN R. BENTON,

Plaintiff - Appellant,

v.

BERKSHIRE RICHMOND LLC,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Roderick Charles Young, District Judge.  (3:23-cv-00704-RCY)

---

Submitted:  July 30, 2025                              Decided:  August 15, 2025

---

Before NIEMEYER and AGEE, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Evelyn R. Benton, Appellant Pro Se.   Jason Richard Waters, WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP, McLean, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Evelyn R. Benton appeals the district court's order granting Appellee's Fed. R. Civ. P. 12(b)(6) motion to dismiss her complaint, in which she alleged a violation of the Residential Lead-Based Paint Hazard Reduction Act, 42 U.S.C. § 4851-4856, and the court's order denying her Fed. R. Civ. P. 59(e) motion to reconsider.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's orders. *Benton v. Berkshire Richmond LLC*, No. 3:23-cv-00704-RCY (E.D. Va. Sep. 11, 2024; Nov. 5, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*